

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOSEPH ZANGRILLI**<br>*Senior Counsel*<br>Phone: (212) 356-2657<br>Fax: (212) 356-3059<br>jzangrilli@law.nyc.gov |

March 19, 2025

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Akaniyene Etuk v. New York City Department of Homeless Services, et al.</u>,
              24 Civ. 4967 (RA)(KHP)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney[1] representing Defendants Albert Garcia, Spyridon Karousos s/h/a Spyridon, and Emrah Bektesevic. Defendants write jointly with Plaintiff to respectfully request an adjournment of the Initial Status Conference scheduled for March 28, 2025.

      By way of background, on January 8, 2025, Your Honor scheduled an initial conference for March 28, 2025, at 11:00am. (ECF Dkt. No. 29). Additionally, the scheduling order directed defendants to submit a joint letter describing the case, and a joint case management plan by March 21, 2025. (<u>Id.</u>). Thereafter, this case was referred to the Honorable Katharine H. Parker for general pretrial and settlement. (ECF Dkt. No. 33). On March 10, 2025, the parties appeared before Judge Parker for an initial conference, at which time a discovery and mediation schedule were set. (ECF Dkt. Nos. 44-46).

      In light of the foregoing, and in the interest of judicial economy, the parties respectfully request that the Court adjourn the scheduled March 28, 2025 Initial Status Conference.

---

[1] This case has been assigned to Assistant Corporation Counsel Hannah Oleynik, who is awaiting admission to the Southern District of New York. Ms. Oleynik is handling this matter under my supervision and may be reached directly at (212) 356-2663 or <u>holeynik@law.nyc.gov</u>.

The parties thank the Court for its time and consideration herein.

Respectfully submitted,

/s/ *Joseph Zangrilli*
Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division

Cc: **VIA FIRST-CLASS MAIL**
Akaniyene William Etuk
217 Hamilton Avenue
Apt. 1I
Staten Island, NY 10301
*Pro Se Plaintiff*

Application granted. In light of the referral of this action to Judge Parker for general pretrial purposes, the initial pretrial conference previously scheduled for March 28, 2025 is canceled.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 20, 2025

2