UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE WILLIAM ETUK,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF THE HOMELESS, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2025

**ORDER TO ISSUE SUBPOENAS**

24-CV-4967 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 21, 2025, pro se Plaintiff filed a letter requesting that the Court issue a subpoena to compel Security Officer Gilmore, employed by A & H Security at 3600 Jerome Avenue, Bronx, NY 10467, to provide a written statement and testify regarding the incident at issue in this case. (ECF No. 53) Plaintiff also requests that the Court issue a subpoena to the Jerome Avenue Men's Shelter at 3600 Jerome Avenue, Bronx, NY 10467 to produce the camera footage for the incident at issue.

**The Clerk of Court is hereby directed to issue these two subpoenas. Further, the Clerk of Court is also respectfully directed to mail a copy of this order to Plaintiff.**

    SO ORDERED.

Dated:    March 27, 2025
              New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge