UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE WILLIAM ETUK,

                        Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF THE HOMELESS, et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2025

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

24-CV-4967 (RA) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

A case management conference in this matter is hereby scheduled for **Wednesday, May 28, 2025 at 12:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

SO ORDERED.

Dated: May 13, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge