UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE WILLIAM ETUK,

                         Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF THE HOMELESS, et al.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025

**POST-CONFERENCE ORDER**

**24-CV-4967 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On May 28, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

      Plaintiff's Motion for a Protective Order precluding Defendants from obtaining or introducing evidence of Plaintiff's past legal history, including arrests, charges and convictions (ECF No. 68) is hereby DENIED without prejudice to Plaintiff's right to move to exclude evidence of his criminal history in connection with any motion for summary judgment or at trial.

      Plaintiff's request for a Court Order compelling certain witness depositions (ECF No. 67) is hereby DENIED as moot in light of the undersigned's instructions to the parties during the conference to cooperate on dates for depositions of defense witnesses. Plaintiff is encouraged to contact the pro se legal clinic, run by the New York City Bar Justice Center, regarding the conduct of depositions.

      **By June 30, 2025**, the parties shall file a Joint Status Letter updating the Court on the status of (1) Defendants' identification of the two witnesses in the video footage discussed at the conference; (2) whether Defendants were able to locate other video footage related to this

action, and if no such footage exists, a statement to that effect; and (3) whether the parties have set a schedule for the depositions of relevant defense witnesses and Plaintiff's deposition.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 68. The Clerk of Court is also respectfully directed to mail a copy of this order to Plaintiff.**

    **SO ORDERED.**

Dated:   May 28, 2025
          New York, New York

*/s/ Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge