UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE WILLIAM ETUK,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF THE HOMELESS, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2025

**ORDER**

24-CV-4967 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On July 29, 2025, pro se Plaintiff filed a letter requesting, in relevant part, to use a room in the Courthouse to conduct depositions under Rule 30 of the Federal Rules of Civil Procedure and permission to record said depositions. (ECF No. 79) Plaintiff's request for a room in the Courthouse to conduct depositions is GRANTED. Plaintiff shall file a letter on the docket indicating the dates and times he requires access to a room in order to conduct a deposition **no later than two weeks before the deposition is scheduled to take place**. Court staff will then coordinate with Plaintiff to ensure his access to the room on the days of the scheduled depositions.

      Further, pursuant to Rule 30, Plaintiff is advised that the deposition may be recorded on a recording device such as a tape recorder or phone. As part of the recording, the case name, case number, and names of people at the deposition must be stated at the start of the recording as well as the date of the recording and the time the deposition started. Plaintiff will also need to state the exact time of the start and end of any break and the time the deposition ended. If Plaintiff wants to use the recording later, he will have to obtain a transcript at his cost. The Court is aware of companies that provide transcription services, such as U.S. Legal Support,

available at this link: https://www.uslegalsupport.com/transcription-services/. The Court does not endorse the services of any company but provides the above just by way of information.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

**SO ORDERED.**

Dated: August 11, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge