```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE WILLIAM ETUK,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF THE
HOMELESS, et al.,

                Defendants.

**ORDER**

24-CV-4967 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    Plaintiff failed to appear at the Court's case management conference on September 4, 2025. Plaintiff is hereby advised that he must attend the case management conferences scheduled in his case and that failure to do so may result in sanctions up to and including dismissal of this action. Additionally, Plaintiff has an obligation to provide the Court with notice of any change to his contact information. Failure to do so may result in sanctions up to and including dismissal of this action.

    **The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

    SO ORDERED.

Dated: September 4, 2025
       New York, New York

                                            KATHARINE H. PARKER
                                            United States Magistrate Judge