```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE WILLIAM ETUK,

                          Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF THE HOMELESS, et al.,

Defendants.

**ORDER**

**24-CV-4967 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On September 19, 2025, pro se Plaintiff filed a letter informing the Court that A&H Security Officer John R. Griffin ("Griffin") failed to appear for his deposition on September 16, 2025 and requesting that the Court compel him to appear for his deposition. (ECF No. 95) It appears that Plaintiff served Griffin with a subpoena notifying him of his duty to appear for the deposition on September 16, 2025 (*see* ECF No. 89), but Griffin failed to appear. As such, the Court will allow Plaintiff to file a Motion to Compel (the "Motion") Griffin to appear for his deposition, The motion should be filed **by October 15, 2025**. Plaintiff shall serve Griffin with a copy of the Motion and file proof of service on the docket within 3 days for serving Griffin with a copy of the Motion. Griffin may respond/oppose the motion within 14 days after it is served. Griffin is warned he may be sanctioned for contempt for failing to respond to a valid subpoena.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

    SO ORDERED.

Dated:  September 26, 2025
          New York, New York

*/s/ Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge