UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AKANIYENE WILLIAM ETUK,

                              Plaintiff,

               -against-

NEW YORK CITY DEPARTMENT OF THE HOMELESS, et al.,

                             Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2025

24-CV-4967 (RA) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On October 1, 2025, Plaintiff submitted a letter to the Court stating that he does not have an accurate personal address at which A&H Security Officer John R. Griffin ("Griffin") can be served with a deposition subpoena. (ECF No. 99). The Court cannot act on Plaintiff's letter unless or until Plaintiff presents the Court with a properly drafted subpoena noting the correct address for Griffin and listing a location, date, and time in which the deposition is to take place. To this extent, the Court directs Defendants to provide a last known address (personal and work) for Mr. Griffin or, alternatively, state that they do not have an address. If an address is available, Plaintiff can request that the Clerk's Office of this Court issue a subpoena which the Marshall's can serve.

      Further, the Court encourages the plaintiff to consult a legal clinic opened in this District to assist people who are litigating an action pro se on how best to proceed. The Clinic is run by a private organization called the City Bar Justice Center ("CBJC") and is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court,

which must still be made by any pro se party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL-22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. A plaintiff without legal representation can make an appointment in person or by calling (212) 659-6190. The Clinic provides basic information about the legal process and may be able to assist Plaintiff in preparing the deposition subpoena.

**The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.**

**SO ORDERED**.

Dated: October 6, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge