UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/30/2025_
```

AKANIYENE WILLIAM ETUK,

                              Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF THE
HOMELESS, et al.,

                              Defendants.

**ORDER**

**24-CV-4967 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On October 22, 2025, pro se Plaintiff filed a Letter requesting, in relevant part, to use a room in the Courthouse to conduct a deposition under Rule 30 of the Federal Rules of Civil Procedure and for the Court's assistance in securing a Court Reporter for said deposition on November 4, 2025, at 11:00 a.m.  Plaintiff's request for a room in the Courthouse to conduct the deposition is GRANTED.  Court staff will coordinate with Plaintiff to ensure his access to the room on November 4, 2025.

The Court clarifies that Plaintiff must take depositions before an officer in accordance with Federal Rule of Civil Procedure 28 and notes that it will provide Plaintiff an officer on November 4, 2025 to assist him in complying with Rule 28. The Court further notes that it cannot assist him by providing a Court Reporter to transcribe the deposition as Plaintiff has not paid for the service and the Court does not have the funds to cover Court Reporter Fees for pro se litigants.

However, pursuant to Federal Rule of Civil Procedure 30, Plaintiff is advised that the deposition may be recorded on a recording device such as a tape recorder or phone.  As part of the recording, the case name, case number, and names of people at the deposition must be

stated at the start of the recording as well as the date of the recording and the time the

deposition started.  Plaintiff will also need to state the exact time of the start and end of any

break and the time the deposition ended. The deposition must be no longer than 2 hours.

Further, Plaintiff must obtain and produce transcripts of the deposition to Defendants within 2

weeks of conducting said deposition. The Court is aware of companies that provide

transcription services, such as U.S. Legal Support, available at this link:

https://www.uslegalsupport.com/transcription-services/.  The Court does not endorse the

services of any company but provides the above just by way of information.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

**SO ORDERED.**

Dated:    October 30, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge