UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE WILLIAM ETUK,

                      Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF THE HOMELESS, et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2025

24-CV-4967 (RA) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On November 20, 2025 Plaintiff filed a Letter informing the Court that A&H Security Services and BronxWorks have not been served with a copy of the Second Amended Complaint (the "operative complaint") and Summons. (ECF No. 109) Upon review of the docket, an initial summons was issued as to both A&H Security Services and BronxWorks on August 29, 2024. (ECF No. 10) Service of the initial complaint (but not the operative complaint) was executed on A&H Security Services on September 17, 2024. (ECF No. 15) Service of the initial complaint (but not the operative complaint) was executed on BronxWorks on November 5, 2024. (ECF No. 19)

      In light of the foregoing, and the Court's Orders of Service at ECF Nos. 9 and 25, the Court respectfully directs the Clerk of Court to: (1) issue new summonses for defendants A&H Security Services and BronxWorks; (2) complete USM-285 forms with the service addresses for those defendants, and; (3) deliver all documents necessary to effect service of summonses and the second amended complaint (ECF No. 24) on those defendants to the USMS. Additionally, A&H Security Services was improperly terminated from the case caption on January 7, 2025. Consequently, the Court also respectfully directs the Clerk of Court to add A&H Security Services to the case caption.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

**SO ORDERED.**

Dated:   November 25, 2025
         New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge