UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  12/2/2025
```

AKANIYENE WILLIAM ETUK,

                    Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF THE
HOMELESS, et al.,

                    Defendants.

**24-CV-4967 (RA) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 2, 2025, the parties appeared before the undersigned for a Case

Management Conference.  As discussed at the conference and set forth below:

Defendants will file a Status letter by **December 23, 2025**, informing the Court of the

status of obtaining the records Defendants seek pursuant to the Order at ECF No. 111. Further,

any additional scheduling in this matter will take place after service is executed pursuant to ECF

No. 110.

          **The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

 **SO ORDERED.**

 Dated:     December 2, 2025
            New York, New York

_____
          KATHARINE H. PARKER
          United States Magistrate Judge