UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2025
```

AKANIYENE WILLIAM ETUK,

                    Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF THE
HOMELESS, et al.,

                    Defendants.

24-CV-4967 (RA) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Defendants' status letter at ECF No. 116 and thanks the parties for the update. The parties are reminded that the deadlines set out in the Court's Order at ECF No. 111 remain intact. Accordingly, the parties shall file an additional status letter on **January 9, 2026** providing a further update as to the status of discovery.  The deadline for completing fact discovery remains **January 23, 2026**.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

 **SO ORDERED.**

 Dated:    December 29, 2025
           New York, New York

_____
     KATHARINE H. PARKER
     United States Magistrate Judge