UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/4/2026___
```

| | |
|---|---|
| AKANIYENE WILLIAM ETUK, | |
| Plaintiff, | **24-CV-4967 (RA) (KHP)** |
| -against- | **ORDER** |
| NEW YORK CITY DEPARTMENT OF THE HOMELESS, et al., | |
| Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 3, 2026, Plaintiff filed a letter requesting that the Court direct Defendant A&H Security Services to produce Officer John Griffin for deposition on February 24, 2026. (ECF No. 123)  In light of Plaintiff's request, Defendant A&H Security Services is directed to file a letter by **February 11, 2026**, informing the Court as to whether Officer John Griffin is still in its employ and/or whether it intends to call Officer Griffin as a witness.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

 SO ORDERED.

Dated:    February 4, 2026
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge