UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/5/2026
```

AKANIYENE WILLIAM ETUK,

                          Plaintiff,

              -against-

NEW YORK CITY DEPARTMENT OF THE
HOMELESS, et al.,

                          Defendants.

24-CV-4967 (RA) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 4, 2026, Defendant A&H Security Services LLC ("A&H") filed a letter requesting that discovery, including depositions, be postponed until after A&H responds to the complaint.  (ECF No. 124)  That request is DENIED.  Discovery is well underway and pursuant to the Court's Order at ECF No. 122, fact discovery in this action is due February 23, 2026.  As a reminder, A&H is directed to respond to the Court's Order at ECF No. 125 by February 11, 2026.

Additionally, a case management conference in this matter is hereby scheduled for **February 19, 2026, at 2:00p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  The parties shall file an agenda for the conference discussing what discovery is outstanding by **February 13, 2026.**

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 124 and mail a copy of this order to Plaintiff.**

 **SO ORDERED.**

 Dated:    February 5, 2026
              New York, New York

_____
     KATHARINE H. PARKER
     United States Magistrate Judge