UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:__2/12/2026__
```

AKANIYENE WILLIAM ETUK,

               Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF THE
HOMELESS, et al.,

            Defendants.

24-CV-4967 (RA) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 11, 2026, Defendant A&H Security Services LLC ("A&H") filed a letter advising the Court that it can provide Plaintiff with the last known address of proposed deponent John Griffin.  (ECF No. 127)  A&H is directed to do so by February 16, 2026.

A&H also represents that it anticipates filing a motion to dismiss and seeks to adjourn Plaintiff's contemplated deposition until after March 10, 2026.  Pursuant to the Court's Order at ECF No. 126, no further extensions of Plaintiff's deposition schedule will be granted.  However, in light of A&H's recent addition to this action, the parties shall be prepared to discuss a proposed discovery schedule as to A&H at the upcoming Case Management Conference.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

 **SO ORDERED.**

Dated:    February 12, 2026
        New York, New York

                          KATHARINE H. PARKER
                          United States Magistrate Judge