UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE WILLIAM ETUK,

                            Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF THE

HOMELESS, et al.,

                            Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2026
```

**ORDER**

**24-CV-4967 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 27, 2026, Defendants Albert Garcia, Spyridon Karousos s/h/a Spyridon, Malcolm Wise, Emrah Bektesevic, and Autumn Burgess (collectively "City Defendants") filed a status letter and proposed agenda ahead of the Case Management Conference scheduled  for May 18, 2026. The Court thanks the City Defendants for the update.

As to City Defendants' request for a briefing schedule on BronxWorks' Rule 12(c) motion and A&H Security Services' ("A&H") Rule 12(b) motion, the Court has already set briefing schedules for both motions.  (ECF Nos. 135, 138)  Plaintiff's oppositions to both motions were due on April 27, 2026.  Both replies are reply due on May 11, 2026.  Accordingly, Plaintiff is now delinquent in opposing both motions. In light of Plaintiff's pro se status, the Court extends the briefing schedule nunc pro tunc as follows: Plaintiff's opposition to both motions is now due by **May 12, 2026**.  Both BronxWork's and A&H's replies are due by **May 26, 2026**.

Plaintiff is warned that "[f]ailure to respond to the motion[s] . . . may result in the Court granting the motion by default; the case [c]ould be dismissed and the plaintiff will have no trial." *See Baker v. City of New York,* No. 19 Civ. 2582 (JGK), 2020 WL 589048, at *1 (S.D.N.Y. Feb. 5, 2020); *see also* Fed. R. Civ. P. 41(b); *United States ex rel. Drake v. Norden Sys.*, 375 F.3d

248, 254 (2d Cir. 2004);  *Avila v. Comm'r of Soc. Sec.*, No. 15 Civ. 2456 (JGK), 2016 WL 1562944, at *3 (S.D.N.Y. Apr. 18, 2016).

The Court will discuss the outstanding discovery items identified in the letter at the upcoming conference.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

**SO ORDERED.**

Dated:   April 28, 2026
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge