UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2026
```

AKANIYENE WILLIAM ETUK,

                    Plaintiff,

           -against-

NEW YORK CITY DEPARTMENT OF THE

HOMELESS, et al.,

                    Defendants.

**ORDER**

**24-CV-4967 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 11, 2026, Defendant A&H Security filed a letter seeking clarification of the Court's Order at ECF No. 145. The Court notes that Plaintiff has filed an opposition to both Rule 12 motions, as well as an additional opposition to A&H Security's motion to dismiss.  As stated in the Court's Order at ECF No. 145, replies by BronxWorks and A&H Security are due May 26, 2026.  In light of that Order and Plaintiff's recent filing at ECF No. 146, A&H Security is directed to respond to Plaintiff's most recent opposition at ECF No. 146.  Plaintiff's opposition to Bronxworks Rule 12(c) motion at ECF No. 143 will be taken as operative and Plaintiff is directed to refrain from filing an additional opposition as to that motion.

       **The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

       SO ORDERED.

Dated:    May 12, 2026
          New York, New York

                                KATHARINE H. PARKER
                              United States Magistrate Judge