UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 5/18/2026
```

AKANIYENE WILLIAM ETUK,

                                   Plaintiff,

              -against-

NEW YORK CITY DEPARTMENT OF THE
HOMELESS, et al.,

                                   Defendants.

**24-CV-4967 (RA) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 18, 2026, the parties appeared before the undersigned for a Case Management

Conference.  As discussed in greater detail on the record and set forth below:

Given Plaintiff's consent noted on the record, counsel for the New York City Department

of Homeless Services ("DHS") is directed to share with counsel for A&H Security Services

("A&H") and counsel for BronxWorks discovery received to date of Plaintiff's medical records.

As noted, this production will be subject to the terms of the operative protective order in this

action.  By **May 20, 2026,** Counsel for DHS is also directed to send Plaintiff any medical

authorization forms for his endorsement regarding the follow-up treatment he has represented

receiving. Plaintiff is directed to sign the form(s) by **May 25, 2026**.  Finally DHS is directed to

provide counsel for A&H and BronxWorks with a transcript from the deposition of Plaintiff by

**May 25, 2026**.

Counsel for A&H is directed to determine whether any individuals who were employed

by A&H on the date of the incident remain employed by A&H, and, if so, whether any such

individuals created or possess any written record concerning the timing of any communications

they may have had with DHS about the incident.  By **June 1, 2026**, counsel shall inform Plaintiff by letter of what information, if any, counsel has uncovered.

Finally, a briefing schedule for DHS's anticipated motion for summary judgment has been set as follows: DHS's motion will be due **July 25, 2026**; Plaintiff's opposition is due **August 24, 2026**; and DHS's reply is due **September 14, 2026**.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

**SO ORDERED.**

Dated:    May 18, 2026
    New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge