UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2026
```

| | |
|---|---|
| AKANIYENE WILLIAM ETUK, | |
| Plaintiff, | |
| -against- | |
| NEW YORK CITY DEPARTMENT OF THE HOMELESS, et al., | |
| Defendants. | |

**24-CV-4967 (RA) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 19, 2026, pro se Plaintiff filed what the Court construes as a sur-reply in opposition to BronxWorks' pending motion for judgment on the pleadings. (ECF No. 156) BronxWorks opposes the filing. Rule II.c. of the Court's Individual Rules states "Sur-reply memoranda will not be accepted without prior permission of the Court," and Plaintiff was previously directed, in a Court Order, to refrain from filing an additional opposition as to BronxWorks' motion. (ECF No. 150) Accordingly, Plaintiff's filing at ECF No. 156 will not be considered in connection with the pending Rule 12(c) motion and will be struck from the docket.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and to strike the filing at ECF No. 156.**

**SO ORDERED.**

Dated:   May 22, 2026
         New York, New York

_Katharine H Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge