UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/1/2026___
```

AKANIYENE WILLIAM ETUK,

                 Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT OF THE
HOMELESS, et al.,

               Defendants.

**24-CV-4967 (RA) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 26, 2026, pro se Plaintiff filed a letter motion requesting leave to file a sur-reply in opposition to A&H Security Services, LLC's ("A&H") pending motion to dismiss. (ECF No. 160)  Having fully considered the motion, the Court finds Plaintiff's argument unpersuasive. Accordingly, Plaintiff's motion for leave to file a sur-reply is DENIED and Plaintiff is directed to make no further filings in connection with A&H's motion to dismiss. Plaintiff's proposed sur-reply at ECF No. 160 will not be considered in connection with the pending Rule 12(b) motion and will be struck from the docket.

    **The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and to strike the filing at ECF No. 160.**

  **SO ORDERED.**

Dated:   June 1, 2026
         New York, New York

*Katharine H Parker*
_____
     KATHARINE H. PARKER
     United States Magistrate Judge