UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2026

AKANIYENE WILLIAM ETUK,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF THE HOMELESS, et al.,

Defendants.

**24-CV-4967 (RA) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On October 4, 2026, pro se Plaintiff filed a supplemental letter in opposition to the pending motion for summary judgment at ECF No. 165. Though Plaintiff addressed the letter to the undersigned, this matter has been referred to the undersigned solely for general pretrial supervision and settlement.

Accordingly, any letters or arguments concerning the pending motion to dismiss at ECF No. 139, the pending motion for judgment on the pleadings at ECF No. 140, or the pending motion for summary judgment at ECF No. 165 should be directed to the Honorable Ronnie Abrams.

**The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff at 217 Hamilton Avenue, Apt. 1I Staten Island, NY 10301.**

**SO ORDERED.**

Dated: October 8, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge